# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

TRANSMITTAL LETTER TO:

**Superior Court of the District of Columbia**
**Attn: Criminal Division Room 4001**
**500 Indiana Ave. SW**
**Washington, DC 20001**

DATE: 3/4/2014
U.S.A. vs. Ronald A. Williams
CASE #: 14-508BPG
YOUR CASE #: 2014CMD000034

Enclosed herein please find *original &* certified copies of the following:

(X) Warrant of Arrest (Copy)
( ) Indictment (Copy)
(X) Financial Affidavit
( ) Contribution Order
(X) Order Appointing the Federal Public Defender
( ) CJA 20 Voucher - Appointment of counsel under CJA
( ) Appearance Bond
(X) Order Setting Conditions of Release
( ) Appearance Line of Counsel
( ) Waiver of Preliminary Hearing
(X) Waiver of Rule 5(c)(3) Hearings
( ) Temporary Detention Order
( ) Detention Order by Agreement
( ) Commitment to Another District
(X) Docket Sheet from this District
( ) Order re: Medical Evaluation and Appropriate Treatment of Detainee
(X) Other: Criminal minutes

**Please acknowledge receipt of the above documents on the enclosed copy of this transmittal letter and return same to this office. Thank you.**

**Return to:**
**Clerk, U.S. District Court**
**101 West Lombard Street, Room 4415**
**Baltimore, MD 21201-2675**

By: _____Jill Waryu_____
Deputy Clerk